1

2

3

4

5

6           UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                    AT TACOMA

8  ALVIN L. HEGGE,

9                    Plaintiff,          Case No. C20-6170-BJR-MLP

10      v.

11  JAY INSLEE, *et al*.,                REPORT AND RECOMMENDATION

12                    Defendants.

13

14       This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Alvin Hegge and

15  18 other *pro se* prisoners initiated this action in November 2020 by filing a proposed civil rights

16  complaint in the United States District Court for the Eastern District of Washington. (*See* dkt. #

17  1.) Plaintiffs asserted in their complaint claims relating primarily to the conditions of their

18  confinement at the Stafford Creek Corrections Center ("SCCC") in Aberdeen, Washington. (*See*

19  *id*.) The case was subsequently transferred to this District after it was determined that all of the

20  Plaintiffs were housed in this District and all of the claims apparently arose in this District. (*See*

21  dkt. ## 3-4.)

22

23  REPORT AND RECOMMENDATION
    PAGE - 1

1    In June 2021, the undersigned issued a Report and Recommendation recommending that

2   Plaintiff Hegge be permitted to proceed with this action, and that the remaining 18 Plaintiffs be

3   dismissed. (Dkt. # 21.) In February 2022, the Honorable Barbara J. Rothstein, United States

4   District Judge, issued an Order adopting the Report and Recommendation and dismissing all

5   Plaintiffs except Plaintiff Hegge. (Dkt. # 27.) However, Judge Rothstein noted in her Order that

6   Plaintiff Hegge's original complaint was deficient, and she made clear that Plaintiff would be

7   permitted to proceed with this action only if he were to "amend his complaint to reflect only his

8   individual allegations and to include specific allegations against those defendants against whom

9   he wants to proceed." (*Id*. at 5.) Plaintiff was originally directed to file his amended complaint

10  within 30 days of the date of Judge Rothstein's Order, but he was thereafter granted two

11  extensions of time to file his amended pleading. (*See id*.; dkt. ## 30-35.)

12    Pursuant to this Court's most recent Order, Plaintiff Hegge's amended complaint was due

13  not later than July 25, 2022. (Dkt. # 35 at 3.) Plaintiff was specifically advised that his failure to

14  file an amended complaint by this deadline would result in a recommendation that this action be

15  dismissed. (*Id*.) To date, Plaintiff Hegge has not filed an amended complaint, suggesting that he

16  has elected not to pursue this action further. This Court therefore recommends that this action be

17  dismissed, without prejudice, as to Plaintiff Hegge for failure to prosecute. A proposed Order

18  accompanies this Report and Recommendation.

19    Objections to this Report and Recommendation, if any, should be filed with the Clerk and

20  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

21  and Recommendation is signed. Failure to file objections within the specified time may affect

22  your right to appeal. Objections should be noted for consideration on the District Judge's

23  REPORT AND RECOMMENDATION
PAGE - 2

1   motions calendar for the third Friday after they are filed. Responses to objections may be filed

2   within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter

3   will be ready for consideration by the District Judge on **September 23, 2022**.

4          DATED this 31st day of August, 2022.

5

6

7                                    MICHELLE L. PETERSON
                                     United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
    REPORT AND RECOMMENDATION
    PAGE - 3