UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALVIN L. HEGGE,<br><br>                    Plaintiff,<br><br>    v.<br><br>JAY INSLEE, et al.,<br><br>                    Defendants. | Case No. C20-6170-BJR<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, the objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1)     In its order dated February 7, 2022 (Dkt. 27), the Court found that Plaintiff Alvin Hegge's complaint failed to state a claim upon which relief could be granted.

(2)     In that same order, the Court ordered Plaintiff to amend his complaint no later than March 9, 2022, or face dismissal.

(3)     As stated in his September 20, 2022 objections (Dkt. 37), Plaintiff has refused to amend his complaint because he disagrees with the Court's order.

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(4)  Accordingly, Plaintiff's complaint fails to state a claim upon which relief can be granted, and the Court hereby DISMISSES this action without prejudice.

(5)  The Clerk is directed to send copies of this order to Plaintiff and to Judge Peterson.

DATED this 19th day of October, 2022.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2